ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                                )
Wilwood Engineering Inc.                        )   ASBCA Nos. 62773-ADR, 62774-ADR
                                                )
Under Contract No. SPE7LX-16-D-0040             )

APPEARANCE FOR THE APPELLANT:          Kipp A. Landis, Esq.
                                          President
                                          Westlake Village, CA

APPEARANCES FOR THE GOVERNMENT:        Daniel K. Poling, Esq.
                                          DLA Chief Trial Attorney
                                       Christine T. Roark, Esq.
                                       Steven R. Kochheiser, Esq.
                                       Adam Heer, Esq.
                                          Trial Attorneys
                                          DLA Land and Maritime
                                          Columbus, OH

ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, these appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement terms are not consummated within 60 days of this Order.

Dated:  December 14, 2023

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62773-ADR, 62774-ADR, Appeal of Wilwood Engineering Inc., rendered in conformance with the Board's Charter.

Dated:  December 15, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals